# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| CALVIN DEE AYCOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14-cv-02789-JPM-tmp |
| | ) | |
| BANK OF AMERICA N.A., | ) | |
| MARINOSCI LAW GROUP, PC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**AND**
**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Before the Court is the Report and Recommendation of Magistrate Judge Tu M. Pham (the "Report and Recommendation"), filed May 28, 2015 (ECF No. 30), recommending that the Court grant Defendant Bank of America, N.A.'s ("BOA") motion to dismiss (ECF No. 5), grant Defendant Marinosci Law Group, PC's ("Marinosci") motion to dismiss (ECF No. 8), and deny Plaintiff Calvin Dee Aycock's motion to amend complaint (ECF No. 25). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. (See ECF No. 30 at 16.)

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P.

72(b) advisory committee notes.  On clear-error review of the Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety.  Accordingly, Defendants' motions to dismiss are GRANTED and Plaintiff's motion to amend complaint is DENIED.  All claims by Plaintiff against Defendants are hereby DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED,** this 15th day of June, 2014.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE